**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**25-CR-20498-ALTONAGA/REID**
CASE NO. _____
18 U.S.C. § 111(a)(1)
18 U.S.C. § 1361

**UNITED STATES OF AMERICA**

v.

**HENRY ISAUL GARCIA-ANDRES,**

    **Defendant.**

_____/

FILED BY _____ **BM** _____ D.C.

*Nov 18, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. § 111(a)(1))

On or about September 14, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**HENRY ISAUL GARCIA-ANDRES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "J.E.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Immigration and Customs Enforcement, while "J.E." was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with "J.E.," in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 2
### Destruction of Government Property
### (18 U.S.C. § 1361)

On or about September 14, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

### HENRY ISAUL GARCIA-ANDRES,

did willfully injure and commit a depredation against property of the United States, and of a department and agency thereof, that is, the United States Immigration and Customs Enforcement in Miami, Florida, causing damage exceeding the sum of $1,000.00, in violation of Title 18, United States, Section 1361.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HENRY ISAUL GARCIA-ANDRES**, has an interest.

2.      Upon conviction of a violation of Title 18, United States, Section 1361, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

[SPACE INTENTIONALLY LEFT BLANK]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, both of which are made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████████████████

FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: <u>25-CR-20498-ALTONAGA/REID</u>

v.

**CERTIFICATE OF TRIAL ATTORNEY**

HENRY ISAUL GARCIA-ANDRES,

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☑ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) <u>Yes</u>
   List language and/or dialect: <u>Spanish</u>

4. This case will take <u>2</u> days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) <u>No</u>
   If yes, Judge <u>Lauren Fleischer Louis</u>   Magistrate Case No. <u>25-MJ-04141-LOUIS</u>

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) <u>No</u>
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) <u>No</u>

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) <u>No</u>

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? <u>No</u>

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? <u>No</u>

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? <u>No</u>

By: _____ AUSA, for
Brooke Elise Latta
Assistant United States Attorney
FL Bar No.        105315

## NITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **HENRY ISAUL GARCIA-ANDRES**

**Case No:**

Count #: 1
Forcibly Assaulting a Federal Officer

Title 18, United States Code, Section 111(a)(1)
* **Max. Term of Imprisonment: 8 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000**

Count #: 2
Destruction of Government Property

Title 18, United States Code, Section 1361
* **Max. Term of Imprisonment: 10 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**